

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | |
|---|---|---|
| AMO ENTERPRISES, INC. D/B/A | | No. 08-12-00092-CV |
| VISTA CENTRAL MARKET, | § | |
| | | Appeal from |
| Appellant, | § | |
| | | 346th District Court |
| v. | § | |
| | | of El Paso County, Texas |
| JULIAN GARCIA MONTANEZ, | § | |
| | | (TC # 2011-DCV-02041) |
| Appellee. | § | |

**J U D G M E N T**

The Court has considered this cause on Appellant's unopposed motion to dismiss and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order Appellant to pay all costs of this appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 5TH DAY OF DECEMBER, 2013.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.